AUTOMATIC MACH. CO. v. PARKER. (Circuit Court of Appeals, Ninth Circuit. October 19, 1915.) No. 2668. Appeal from the District Court of the United States for the First Division of the Northern District of California. Drown, Leicester & Drown and F. M. Parcells, all of San Francisco, Cal. (John H. Miller, of San Francisco, Cal., of counsel), for appellant. N. A. Acker, of San Francisco, Cal., for appellee.

PER CURIAM. On motion of Mr. John H. Miller, counsel for appellant, an order allowing appellant to withdraw and dismiss, without prejudice, etc., the appeal heretofore taken by the appellant from the interlocutory decree entered on July 26, 1915. Ordered, motion granted and appeal withdrawn and dismissed, without prejudice to the right of the appellant to prosecute an appeal from the final decree in said cause when and as soon as the said final decree shall be made and entered.

---

CLEIN v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. October 26, 1915.) No. 2810. In Error to the District Court of the United States for the Northern District of Georgia; William T. Newman, Judge. T. T. Miller, H. C. McCutchen, and T. L. Bowden, all of Columbus, Ga., for plaintiff in error. Hooper Alexander, U. S. Atty., and John W. Henley, Asst. U. S. Atty., both of Atlanta, Ga. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. We find no reversible error in the rulings of the court on the trial of this case, and from our examination of the evidence we find it fully warranted the verdict rendered. The judgment of the District Court is affirmed.

---

HAYDEN, STONE & CO. v. HARRIS. (Circuit Court of Appeals, Fifth Circuit. October 25, 1915.) No. 2814. In Error to the District Court of the United States for the Southern District of Georgia; Emory Speer, Judge. William H. Fleming, of Augusta, Ga., for plaintiff in error. George S. Jones and Orville A. Park, both of Macon, Ga., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. None of the assignments of error in this case are well taken, and the verdict seems to be in accordance with the evidence. The judgment of the District Court is affirmed.

---

HEYMANN v. HARNESBERGER. (Circuit Court of Appeals, Fifth Circuit. October 25, 1915.) No. 2801. Appeal from the District Court of the United States for the Southern District of Georgia; Emory Speer, Judge. Samuel H. Myers, of Augusta, Ga., and Arthur H. Codington, of Macon, Ga., for appellant. William H. Fleming, of Augusta, Ga., for appellee. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. On a careful examination of this record, we conclude that there were no such prejudicial errors in the rulings made in the District Court as would warrant a reversal. The decree appealed from is affirmed.

---

HORACE L. WINSLOW CO. v. NATIONAL BOILER WASHING CO. (Circuit Court of Appeals, Seventh Circuit. May 12, 1915.) No. 2223. Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois. For opinion below, see 226 Fed. 951. Walter H. Chamberlin, of Chicago, Ill., for appellant. Fred Gerlach, of Chicago. Ill., for appellee.

PER CURIAM. Dismissed on stipulation of counsel.